**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) **No. 18-cv-10693-DPW** |
| v. | ) ) ) |
| PHU CUONG ENTERPRISES, INC., d/b/a PHU CUONG MARKET, and KHIET TRAN, | ) ) ) |
| Defendants. | ) ) ) |

**ASSENTED-TO MOTION FOR TERMINATION OF CONSENT DECREE**

The United States, with the assent of the defendants, Phu Cuong Enterprises, Inc. d/b/a Phu Cuong Market ("Phu Cuong Market") and its owner, Khiet Tran (collectively, the "defendants"), files this motion seeking to terminate the Consent Decree between the United States and the defendants in accordance with Paragraph 11 of the Consent Decree and Federal Rule of Civil Procedure 60(b)(5).

As grounds therefore, the United States states as follows:

1. On April 10, 2018, the United States and the defendants entered into a proposed Consent Decree to resolve allegations that the defendants violated the Federal Meat Inspection Act, 21 U.S.C. § 601, *et seq.* ("FMIA") and the Poultry Product Inspection Act, 21 U.S.C. § 651, *et seq.* ("PPIA") by purchasing and selling non-federally inspected meat and poultry food products.

2. On April 10, 2018, the Court granted the United States' Assented-To Motion to Enter the Consent Decree, converting the proposed Consent Decree to an order of this Court [ECF No. 5].

3. On December 3, 2018, the defendants violated the Consent Decree and the FMIA by selling three pounds of non-federally inspected meat food products.

4. In June 2019, the parties entered into a settlement agreement to resolve the December 3, 2018, violation of the Consent Decree, which included the defendants paying a financial penalty to the USDA.

5. Paragraph 11 of the Consent Decree provides that after the defendants "have maintained substantial compliance with all requirements of this Consent Decree, as well as all applicable provisions of the FMIA for a period of five (5) years following the entry of the Consent Decree, [defendants] may serve upon the United States a request for termination of the Consent Decree ("Request for Termination"), explaining how they have satisfactorily complied with all such requirements, together with all necessary supporting documents. The parties shall thereafter confer informally . . . . If the United States agrees that the Consent Decree may be terminated, the parties shall submit, for the Court's approval, a joint stipulation terminating the Consent Decree." [ECF No. 3 at Attachment #1].

6. Paragraph 11 of the Consent Decree further explained that the obligations imposed by the Consent Decree were to "run separately with each defendant." *Id.*

7. Since January 2019, the United States Department of Agriculture's ("USDA") Food Safety Inspection Service ("FSIS") has conducted routine inspections and monitoring of Phu Cuong Market and found no violations of the Consent Decree, the FMIA, or the PPIA. FSIS is not aware of any complaints against Phu Cuong Market or its owner, Khiet Tran, related to alleged violations of the FMIA or PPIA.

8. In April 2025, the defendants formally petitioned the USDA for termination of the

       Consent Decree because they have substantially complied with the Consent Decree, the FMIA, and the PPIA for over 6 years.

9. The United States, by and through the USDA and FSIS, has determined that the defendants have substantially complied with the conditions of the Consent Decree, and that termination of the Consent Decree as to all of the defendants is appropriate.

10. The circumstances described above present appropriate grounds on which to relieve the defendants from the terms of the Consent Decree as provided for by Federal Rule of Civil Procedure 60(b)(5). The defendants have satisfied the Consent Decree through their compliance with the Consent Decree's provisions, the FMIA, and the PPIA since January 2019, and the application of the Consent Decree terms is no longer equitable.

For all the reasons noted above, the United States respectfully requests that the Court terminate the April 10, 2018, Consent Decree as against both Phu Cuong Market and Khiet Tran, and dismiss the case with prejudice. A proposed order is attached.

                              Respectfully submitted:

Date: July 1, 2025                        LEAH B. FOLEY
                                       UNITED STATES ATTORNEY

                                       */s/ Steven T. Sharobem*
                                       STEVEN T. SHAROBEM
                                       Assistant United States Attorney
                                       One Courthouse Way
                                       Boston, MA 02210
                                       (617) 748-3355
                                       steven.sharobem@usdoj.gov

**CERTIFICATE OF SERVICE**

      I CERTIFY that on this 1st day of July 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and sent by e-mail (by agreement) to:

Jon Keaveny, Esq.
Keaveny Law Office
27 Parker Street, Suite 300
Boston, MA 02129
(617) 875-4552
jon@keavenylawoffice.com

                                          */s/ Steven T. Sharobem*
                                          STEVEN T. SHAROBEM
                                          Assistant United States Attorney